WWR# 7330392

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS (CHICAGO)

In Re:  John W Varland

         Debtor,

Case No. 08-14548
Chapter 13
Hon. Bruce W. Black

/

## HUNTINGTON NATIONAL BANK'S RESPONSE TO TRUSTEE'S NOTICE OF FINAL CURE PAYMENT AND TRUSTEE'S NOTICE OF COMPLETION OF PLAN PAYMENTS

Huntington National Bank agrees with the Trustee's Notice as follows:

1. Respondent agrees that any pre-petition arrearage has been cured.

2. Respondent agrees that the post-petition ongoing payments are current.

THEREFORE, Huntington National Bank agrees that the plan is complete.

Respectfully Submitted,
**WELTMAN, WEINBERG & REIS CO., L.P.A.**

By:/S/ Monette Cope
Monette Cope
180 N. LaSalle Street, Suite 2400
Chicago, IL 60601
312-253-9624
ARDC #6198913
mcope@weltman.com
Attorney for Creditor

## **PROOF OF SERVICE**

   Creditor Huntington National Bank filed a Response to Trustee's Notice of Final Cure Payment and Trustee's Notice of Completion of Plan Payments. All parties were served a copy of the Response on July 12, 2013. The Response was served upon Debtors(s) by depositing the same in the U.S. Mail at 180 N. LaSalle Chicago, Illinois postage prepaid addressed below. The remaining parties were served by the Court's CM/ECF electronic noticing.

John W Varland
PO Box 201
Braidwood, IL 60408

Ryan A Blay
Lakelaw
420 W. Clayton St.
Waukegan, IL 60085

Glenn B Stearns
Trustee
801 Warrenville Road
Suite 650
Lisle, IL 60532

U.S. Trustee
Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604